UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION,<br><br>      Plaintiff,<br><br>   v.<br><br>GEICO GENERAL INSURANCE COMPANY, and DOES 1-5,<br><br>      Defendants. | CV 20-672-RSWL-Ex<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Capitol Specialty Insurance Corporation ("Plaintiff") brings this Action against Defendant GEICO General Insurance Company ("Defendant"), alleging breach of the implied covenant of good faith and fair dealing.

On March 11, 2021, the Court granted the parties' joint stipulation to modify the scheduling order and continued the Final Pretrial Conference to June 15, 2021. See Order Granting Joint Stipulation to Modify Scheduling Order (Dkt. 16) to Set Summary Judgment Briefing Schedule and to Modify Expert Disclosure

1

Deadlines, ECF No. 60.  On May 17, 2021, the Court vacated the June 29, 2021 jury trial, stating that the Court will reset the jury trial as soon as the Court's status is reasonably known.  See Scheduling Notice, ECF No. 102.

As of the date of this Order, the parties have failed to comply with Local Rules 16-4, 16-5, 16-6, and 16-7.  Accordingly, Plaintiff is **ORDERED** to show cause in writing by **July 2, 2021,** why this Action should not be dismissed for lack of prosecution.  Counsel for both parties are **ORDERED** to show cause in writing by **July 2, 2021,** why monetary sanctions should not be imposed on them.  The filing of the required pretrial documents shall be deemed a sufficient response to this Order to Show Cause.

The Court also **CONTINUES** the Final Pretrial Conference from June 15, 2021, to **July 13, 2021.**

**IT IS SO ORDERED.**

DATED: June 11, 2021         /s/ Ronald S.W. Lew
                            **HONORABLE RONALD S.W. LEW**
                            Senior U.S. District Judge