JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION, | ) ) ) | CV 20-00672-RSWL-E |
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) ) | |
| GEICO GENERAL INSURANCE COMPANY; and DOES 1-5, | ) ) ) | |
| Defendants. | ) ) ) ) ) ) | |
| | ) | |

**WHEREAS**, on November 5, 2020, this Court **GRANTED** Defendant GEICO General Insurance Company's ("Defendant") Motion for Summary Judgment [109] against Plaintiff Capitol Specialty Insurance Corporation ("Plaintiff"),

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant and against

1

1 | Plaintiff as to the Breach of the Implied Covenant of

2 | Good Faith and Fair Dealing claim, in accordance with

3 | this Court's previous Order granting Defendant's Motion

4 | for Summary Judgment.

5 |     As no defendants remain, the Clerk shall close this

6 | matter.

7 |

8 | **IT IS SO ORDERED.**

9 |

10 | DATED: November 8, 2020      __/s/ Ronald S.W. Lew__

11 |                            **HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge